# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| Eugene Brown<br>_____<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Detective Tyson Havens<br>_____<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | Case No. 4:23-CV-0878<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No<br><br>**FILED<br>WILLIAMSPORT**<br><br>NOV 0 2 2023<br><br>PER ___NR___<br>DEPUTY CLERK |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Eugene Brown
   Address: 268 Bricker Rd.
   Bellefonte, PA 16823
   City / State / Zip Code

   County:
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Tyson Havens
   Job or Title (if known): Detective
   Address: Williamsport Narcotics Enforcement Unit
   Williamsport, PA 17701
   City / State / Zip Code

   County: Lycoming
   Telephone Number:
   E-Mail Address (if known): N/A

   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City / State / Zip Code

   County:
   Telephone Number:
   E-Mail Address (if known):

   [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

- County
- Telephone Number
- E-Mail Address *(if known)*

[ ] Individual capacity   [ ] Official capacity

*(fields filled with "N/A")*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

- County
- Telephone Number
- E-Mail Address *(if known)*

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On Feburary 3, 2023 at the magistrates office (Judge Whiteman ) The officer: stopped the car and attempted to take my seat belt off. I was handcuffed in the back of the squad car. When the officer got in the car to take the seat belt off he spit in, and licked my face intentionally. The spit was assault and battery, battery mainly because the defendant deliberately and and offensively touched me in a way that I did not permit. For the sake of the claim it was excessive force governed by the Fourth Amendment. I was handcuffed in the back and I could not protect myself from the assault. I was violated, and from that violation I suffer emotional distress and mental anguish, the fact that the officer did that to me while I was handcuffed made the encounter cruel and unusual punishment from the unconstitutional conditions of the confinement. I still feel shame and embarrassment to this day, and the emotional anguish does not subside because of time.

## V.   RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Punitive damages claim for a Settement of 100,000.00

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IV.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V.      **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/23/23

Signature of Plaintiff: *Eugene Brown*
Printed Name of Plaintiff: Eugene Brown

### B. For Attorneys

Date of signing: 10/23/23

Signature of Attorney: *Eugene Brown*
Printed Name of Attorney: Eugene Brown
Bar Number: N/A
Name of Law Firm: Pro Se
Address:
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A

Smart Communications/PA DOC
Eugene Brown MM
SCI Rockview
P.O. Box 33028
St. Petersburg FL, 33733



Clerk of Court
240 West 3rd St.
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
OCT 02 2023
PER NR
DEPUTY CLERK